**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____
                              :
FRANK GEORGE McALEESE,        :    CIVIL ACTION
            Petitioner,       :
                              :
        v.                    :    NO. 02-2893
                              :
EDWARD T. BRENNAN, et al.,    :
            Respondents.      :
_____:
```

<u>**ORDER**</u>

AND NOW, this          day of August, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, it is hereby ORDERED that the Attorney General for the Commonwealth of Pennsylvania shall file specific and detailed answers **<u>AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF AND ATTACHING COPIES OF THE BOARD OF PROBATION AND PAROLE'S NOTICES OF ACTION</u>** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.


BY THE COURT:


_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE