IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK GEORGE McALEESE | : | CIVIL ACTION |
| v. | : | |
| EDWARD T. BRENNAN, et al | : | NO. 02-2893 |

<u>O R D E R</u>

AND NOW, this          day of August, 2003, after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. All other outstanding motion are dismissed as futile; and

4. There is no probable cause to issue a certificate of appealability.

_____
THOMAS N. O'NEILL, JR.,    J.