IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK GEORGE McALEESE             :        CIVIL ACTION

     v.                                 :

EDWARD T. BRENNAN, et al          :        NO. 02-2893

## O R D E R

     AND NOW, this _____ day of September, 2003, upon consideration of petitioner's motion to reopen the docket and proceedings, it is ORDERED that said motion is GRANTED.

     The Clerk of Court is directed to forward to petitioner a copy of the Report and Recommendation of Magistrate Rapoport at his current place of incarceration. Petitioner will have 30 days from date of Order to file any objections to the Report and Recommendation.

                                                              THOMAS N. O'NEILL, JR.,     J.