IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK GEORGE McALEESE : | |
| : | CIVIL ACTION |
| v. : | NO. 02-2893 |
| : | |
| EDWARD T. BRENNAN, et al., : | |

## **ORDER**

AND NOW, this        day of October, 2003, after consideration of the Petition for Writ of *Habeas Corpus* and the Amended Petition for Writ of *Habeas Corpus* and review of the Report and Recommendation of the United States Magistrate Judge Arnold C. Rapoport and Petitioner's objections thereto it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

_____
THOMAS N. O'NEILL, JR., J.