### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANK GEORGE McALEESE            :

                                    :        CIVIL ACTION

             v.                       :        No. 02-2893

                                    :

EDWARD T. BRENNAN, et al.            :

### WITHDRAW OF APPEARANCE

      Kindly withdraw my appearance as counsel for Frank George McAleese in the

above-captioned matter.


                               By:_____

                                  Eric W. Sitarchuk
                                  I.D. No. 39082
                                  Ballard Spahr Andrews & Ingersoll, LLP
                                  1735 Market Street, 51st Floor
                                  Philadelphia, PA  19103
                                  (215) 864-8220


Dated:  January 20, 2004