IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK GEORGE McALESSE : CIVIL ACTION

v. :

EDWARD T. BRENNAN, et al : NO. 02-2893

### O R D E R

AND NOW, this            day of January, 2004, it is ORDERED that petitioner's, pro se, motion for leave to appeal and leave to file an application for a certificate of appealability, nunc pro tunc is GRANTED in part.

Because petitioner represents that he did not receive a copy of the Order of October 21, 2003 his notice of appeal will be treated as a timely filed notice of appeal from the Order.

Since the Court has stated that there is no probable cause to issue a certificate of appealability, petitioner's motion for leave to file application is DENIED.  Petitioner is directed to apply to the Court of Appeals for such a certificate.

THOMAS N. O'NEILL, JR.,    J.