IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK GEORGE McALEESE | : |
| | : CIVIL ACTION |
| v. | : No. 02-2893 |
| | : |
| EDWARD T. BRENNAN, et al. | : |

## WITHDRAW OF APPEARANCE

Kindly withdraw my appearance as counsel for Frank George McAleese in the above-captioned matter.

By: /s/
Gregory L. Liacouras
I.D. No. 77660
Liacouras & Smith, LLP
1515 Market Street, 9th Floor
Philadelphia, PA 19102
(215) 241-5302

Dated: February 11, 2004

PHL_A #1838307 v1