IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Frank George McAleese

                        02-CV-2893
                        District Court Docket Number

       vs.

Edward T. Brennan, et al

Notice of Appeal Filed 2/18/04
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __Paid  _X_ Not Paid   __Seaman
    Docket Fee       _X_ Paid  __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

*THIS OFFICE IS NOT CLEAR ON WHICH ORDER PETITIONER IS APPEALING*

                    Defendant's Address (for criminal appeals)

                    Prepared by : _____
                              Fernando Benitez, Jr.
                              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm